# IN THE SUPREME COURT OF THE STATE OF NEVADA

BERTHINIA WILLIAMS,
                          Appellant,
                    vs.
WYNN LAS VEGAS AND ENCORE
HOTEL,
                          Respondent.

No. 82856

FILED

MAY 1 4 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order dismissing appellant's complaint. Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. The notice of appeal was untimely filed. Notice of entry of the challenged order was served on appellant on February 27, 2020. Appellant did not file the notice of appeal in the district court until April 28, 2021, well past the 30-day deadline established in NRAP 4(a)(1). As this court lacks jurisdiction to consider an untimely notice of appeal, *see Healy v. Volkswagenwerk Aktiengesellschaft*, 103 Nev. 329, 330, 741 P.2d 432 (1987), we

ORDER this appeal DISMISSED.

_____, J.
          Cadish

_____, J.          _____, J.
      Pickering                              Herndon

21-13910

cc: Hon. Susan Johnson, District Judge
Berthinia S. Williams
Jackson Lewis P.C.
Eighth District Court Clerk